IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WENDY LITTLE**                                                                           **PLAINTIFF**

VS.                                                        **CIVIL ACTION NO. 4:09-cv-142TSL-LRA**

**WAL-MART, INC.**                                                      **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, **WENDY LITTLE,** through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for Defendants Wal-Mart, Inc., and Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the   11th   day of   June   , 2010.

                                                      /s/Tom S. Lee
                                                      **UNITED STATES DISTRICT COURT JUDGE**

AGREED TO AND APPROVED:

| */s/ Thomas M. Louis* | */s/ James M. Mars, II* |
|---|---|
| Thomas M. Louis (MSB # 8484) | James M. Mars, II, Esq. |
| Wells Marble & Hurst, PLLC | Mars, Mars and Chalmers |
| Post Office Box 131 | P. O. Box 612 |
| Jackson, Mississippi 39205-0131 | Philadelphia, MS  39350 |
| Attorney for Defendant | Attorney for Plaintiff |